# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEROME JUNIOR WASHINGTON, | ) |
| Plaintiff, | ) Civil Action No. 19 – 1461 |
| v. | ) District Judge Joy Flowers Conti |
| | ) Magistrate Judge Lisa Pupo Lenihan |
| SUPERINTENDENT GILMORE, *et al.*, | ) |
| Defendants. | ) |

## ORDER

**AND NOW**, this 7th day of February, 2020:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 2) is adopted as the Opinion of the Court;

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to Proceed IFP (ECF No. 1) is denied pursuant to 28 U.S.C. § 1915(g);

**IT IS FURTHER ORDERED** that this action is dismissed until such time that Plaintiff pays the full $400.00 filing fee; and

**AND IT IS FURTHER ORDERED** that the Clerk of Court mark this case closed.

IT IS SO ORDERED.

/s/ JOY FLOWERS CONTI
Joy Flowers Conti
Senior United States District Judge

Cc: Jerome Junior Washington
HV-0282
SCI Greene
175 Progress Drive
Waynesburg, PA  15370